UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-4277

JAMIE C. BISKER,
    Appellant

v.

GGS INFORMATION SERVICES, INC.

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-07-cv-01465)
District Judge: Honorable William W. Caldwell

Argued July 8, 2009

Before: SLOVITER, AMBRO, and JORDAN, Circuit Judges

**JUDGMENT**

    This cause came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was argued on July 8, 2009.

    On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered September 22, 2008, be, and the same, is hereby vacated. Costs assessed against Appellee. All of the above in accordance with the opinion of this Court.

                        ATTEST:

                        /s/ Marcia M. Waldron
                        Clerk

Dated: July 24, 2009

Page 2
Bisker v. GGS Info Ser Inc.
08-4277

Costs taxed in favor of Appellee as follows:

    Docketing Fee................................. $ 450.00
    Brief................................................$ 133.71
    Appendix..........................................$  979.83

    **Total................................................$ 1563.54**



**Certified as a true copy and issued in lieu of a formal mandate on**   08/17/09

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**